LORA JOHNSON                *         NO. 2025-CA-0560

VERSUS                       *         COURT OF APPEAL

CITY COUNCIL              *         FOURTH CIRCUIT

                                   *         STATE OF LOUISIANA

                                   *

                                   *

                      * * * * * * *

*JCL*      **LOBRANO, J., CONCURS IN THE RESULT**